| | |
|---|---|
| James J. Arendt, Esq. | Bar No. 142937 |
| Michael R. Linden, Esq. | Bar No. 192485 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER SAMMY ASHWORTH, OFFICER BRIAN PHILLIPS, OFFICER MARCUS TAFOYA AND OFFICER ART RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ, | CASE NO. CIV-F-04-6371 OWW SMS |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive, | |
| | Trial: August 1, 2006 |
| Defendants. | |

THE PARTIES, through their respective counsel, have stipulated to extend the following deadline:

| | |
|---|---|
| Designation of Expert Witnesses | February 24, 2006 |

///

///

Stipulated Order

| | |
|---|---|
| Expert Discovery Deadline | March 31, 2006 |

Respectfully submitted,

DATED: January 10, 2006

                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
      James J. Arendt
      Attorneys of Defendants, City of Fresno, et al.

DATED: January 10, 2006

                                LAW OFFICE OF JACOB M. WEISBERG

By:    /s/   Jacob M. Weisburg
      Jacob M. Weisberg
      Attorney for Plaintiff Orlando Gonzalez

**ORDER**

**IT IS SO ORDERED.**

DATED: January _12_, 2006

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger
United States District Court Judge

---

Stipulated Order                                    2