James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER SAMMY ASHWORTH, OFFICER BRIAN PHILLIPS, OFFICER MARCUS TAFOYA AND OFFICER ART RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ, | CASE NO. CIV-F-04-6371 OWW SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: IN CAMERA REVIEW OF PEACE OFFICER PERSONNEL FILES;** |
| CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive, | **ORDER**<br><br>Trial: August 1, 2006 |
| Defendants. | |

WHEREAS, plaintiff has sought discovery of the personnel files of defendants, SERGEANT MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER MARCUS TAFOYA and OFFICER ART RODRIGUEZ, which has been objected to by defendants on various grounds,

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record that the personnel files of defendants, SERGEANT MICHAEL MANFREDI,

---
Stipulated Order

OFFICER SEAN PLYMALE, OFFICER MARCUS TAFOYA and OFFICER ART RODRIGUEZ, will be provided to the Court for an in camera review. The Court will review the records and notify defense counsel (under seal) of the Court's intentions with respect to the production of documents it deems discoverable pursuant to applicable case and statutory law. Defense counsel will have 3 court days from notification to lodge any objections or requests for modification (under seal) of the Court's order. The Court will then issue its final ruling.

Any records subsequently produced are subject to the following Protective Order:

1. The disclosed documents shall be used solely in connection with the civil case of *Orlando Gonzalez v. City of Fresno, et al.,* filed in the United States District Court, Eastern District of California, Case No. CIV-F-04-6371 OWW SMS, in the preparation and trial of this case, or any related proceeding, and not for any other purpose or in any other litigation.

2. The documents may only be disclosed to the following persons:

   a) Counsel for the parties to this action;

   b) Paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters retained in connection with this action;

   c) Court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

   d) Any expert or consultant retained in connection with this action;

   e) The finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

3. To the extent that any pleading, exhibit or other document contains any documents subject to this Protective Order (or information taken from any documents subject to this Protective Order), is to be filed with the Court, the party making such a filing shall designate the material for filing under seal, and all copies shall be kept in confidence as provided in this Protective Order by any party on whom the filing is served.

4. This Protective Order is without prejudice to the right of any party to oppose production or inadmissibility of documents or information for any legal reason.

5. Each person to whom disclosure is made with the exception of counsel, who are presumed to know the contents of this Protective Order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of the Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including without limitation, any proceeding for contempt. Provisions of this Protective Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

6. After the conclusion of this litigation, all documents, in whatever form stored or reproduced, containing information received pursuant to the provisions of this Protective Order will remain under seal. All parties also ensure that all persons to whom documents subject to this Protective Order were disclosed shall return all such documents to the producing party. The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial. After the conclusion of this litigation, all confidential documents received under the provisions of this Protective Order, including copies made, shall be destroyed, or tendered back to the attorneys for defendants, CITY OF FRESNO, et al.

DATED: January 20, 2006
WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ James J. Arendt
James J. Arendt
Attorneys of Defendants, City of Fresno, et al.

DATED: January 20, 2006

LAW OFFICE OF JACOB M. WEISBERG

By:   /s/ Jacob M. Weisburg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzales

IT IS SO ORDERED.

**Dated:   January 24, 2006**           **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE

Stipulated Order                                3