Jacob M. Weisberg, SBN 049065
Brent C. Woodward, SBN 233549
THE LAW OFFICES OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorneys for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.: CIV-F-04-6371 OWW SMS<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE AND DISCOVERY CUTOFFS |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the following discovery deadlines:

| | Current Date | New Date |
|---|---|---|
| Designation of Expert Witnesses: | February 24, 2006 | April 17, 2006 |
| Supplemental Expert Disclosure: | February 13, 2006 | May 1, 2006 |
| Expert Discovery Cutoff: | March 31, 2006 | June 1, 2006 |
| Discovery Cutoff: | March 13, 2006 | June 1, 2006 |

All other dates in the March 30, 2005 Scheduling Conference Order are to remain the same.

-1-

Stip to Cont Expert & Discovery Cutoffs

| | |
|---|---|
| Dated:  February 21, 2006 | LAW OFFICE OF JACOB M. WEISBERG |
| | /s/ Jacob M. Weisberg_____ |
| | Jacob M. Weisberg, Attorney for Plaintiff, ORLANDO JAVIER GONZALEZ |
| Dated:  February 22, 2006 | WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP |
| | By:  /s/ James J. Arendt_____ |
| | James J. Arendt, Attorneys for CITY OF FRESNO, SGT. MICHAEL MANFREDI, OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ, and JERRY DYER |

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED

| | |
|---|---|
| Dated:  2/28/2006 | /s/ Sandra M. Snyder |
| | SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE |

-2-

PDF created with pdfFactory trial version www.pdffactory.com