James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO,  CHIEF JERRY DYER, SERGEANT
MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER SAMMY ASHWORTH,
OFFICER BRIAN PHILLIPS, OFFICER MARCUS TAFOYA AND OFFICER ART
RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, FRESNO CITY<br>POLICE DEPARTMENT; SGT. MICHAEL<br>MANFREDI; OFFICERS SEAN T.<br>PLYMALE, SAMMY ASHWORTH,<br>BRIAN PHILLIPS, MARCUS TAFOYA,<br>ART R. RODRIGUEZ; JERRY DYER,<br>Chief of the Fresno Police Department, in<br>Their Individual and Official Capacities; and<br>DOES 1-75, Inclusive,<br><br>    Defendants.<br>_____ | ) CASE NO. CIV-F-04-6371 OWW SMS<br>)<br>)<br>) **STIPULATION AND ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial:   August 1, 2006<br>)<br>)<br>) |

THE PARTIES, through their respective counsel, have stipulated to extend the following

deadlines:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-Dispositive Motion Filing | April 10, 2006 | June 1, 2006 |
| Dispositive Motion Filing | April 13, 2006 | June 1, 2006 _____ |

_____
Stipulated Order

| | | |
|---|---|---|
| Designation of Expert Witnesses | April 17, 2006 | June 1, 2006 |
| Supplemental Expert Disclosure | May 1, 2006 | June 15, 2006 |
| Expert Discovery Cutoff | June 1, 2006 | June 30, 2006 |
| Discovery Cutoff | June 1, 2006 | June 30, 2006 |

Respectfully submitted,


DATED: April 7, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:      /s/   James J. Arendt
James J. Arendt
Attorneys of Defendants, City of Fresno, et al.


DATED: April 7, 2006

LAW OFFICE OF JACOB M. WEISBERG

By:      /s/   Jacob M. Weisburg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzalez


**ORDER**
IT IS SO ORDERED.

**Dated:    April 12, 2006           /s/ Oliver W. Wanger**
emm0d6UNITED STATES DISTRICT JUDGE

---

Stipulated Order                                                    2