1  James J. Arendt, Esq.        Bar No. 142937
   Michael R. Linden, Esq.      Bar No. 192485

   THE LAW FIRM OF
   WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
   Fresno, California  93710

   Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

   Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER SAMMY ASHWORTH, OFFICER BRIAN PHILLIPS, OFFICER MARCUS TAFOYA AND OFFICER ART RODRIGUEZ

   **UNITED STATES DISTRICT COURT**

   **EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,             ) | CASE NO. CIV-F-04-6371 OWW SMS |
|                Plaintiff,            ) | |
|                                      ) | **STIPULATION AND ORDER** |
|        vs.                           ) | |
|                                      ) | |
| CITY OF FRESNO, FRESNO CITY          ) | |
| POLICE DEPARTMENT; SGT. MICHAEL      ) | |
| MANFREDI; OFFICERS SEAN T.           ) | |
| PLYMALE, SAMMY ASHWORTH,             ) | |
| BRIAN PHILLIPS, MARCUS TAFOYA,       ) | |
| ART R. RODRIGUEZ; JERRY DYER,        ) | |
| Chief of the Fresno Police Department, in ) | |
| Their Individual and Official Capacities; and ) | |
| DOES 1-75, Inclusive,                ) | |
|                                      ) | Trial:  August 1, 2006 |
|                Defendants.           ) | |
| _____ ) | |

   THE PARTIES, through their respective counsel, have stipulated to extend the following deadlines:

|                                  | **Current Date** | **New Date**    |
|----------------------------------|------------------|-----------------|
| Designation of Expert Witnesses  | June 1, 2006     | August 4, 2006  |
| Supplemental Expert Disclosure   | June 15, 2006    | August 18, 2006 |

Stipulated Order

| | | |
|---|---|---|
| Discovery Cutoff | June 30, 2006 | September 8, 2006 |
| Non-Dispositive Motion Filing | June 1, 2006 | July 28, 2006 |
| Dispositive Motion Filing | June 1, 2006 | July 28, 2006 |
| Pre-Trial Conference | June 26, 2006 | September 11, 2006 - 11:00 a.m. |
| Trial | August 1, 2006 | October 24, 2006 - 1:00 p.m. |

Respectfully submitted,

DATED: May 26, 2006

                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

              By:    /s/   James J. Arendt
                    James J. Arendt
                    Attorneys of Defendants, City of Fresno, et al.

DATED: May 26, 2006

                                LAW OFFICE OF JACOB M. WEISBERG

              By:    /s/   Jacob M. Weisberg
                    Jacob M. Weisberg
                    Attorney for Plaintiff Orlando Gonzalez

No Further continuances.

                              IT IS SO ORDERED.

            **Dated:   May 2, 2006**        /s/ Oliver W. Wanger
                              emm0d6UNITED STATES DISTRICT JUDGE