James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, MICHAEL MANFREDI, SEAN PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA AND ART RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>Defendants. | CASE NO. CIV-F-04-6371 OWW SMS<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES EXCEEDING 25 PAGES**<br>**[FRCP 56; Local Rule 56-260]**<br><br>Date:       August 28, 2006<br>Time:       1:30 p.m.<br>Dept.:       Courtroom 3<br><br>Trial Date:  October 24, 2006 |

Defendants, CITY OF FRESNO, JERRY DYER, MICHAEL MANFREDI, SEAN PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA AND ART RODRIGUEZ (hereinafter "defendants"), hereby apply ex parte to this Court for leave to file a motion for summary judgment, or alternatively, summary adjudication of issues in excess of twenty-five pages in length.

The deadline for the filing of this motion is July 28, 2006.  This request is based on this Ex

---

Parte Application and on the accompanying Declaration of James J. Arendt.

Plaintiff's First Amended Complaint alleges causes of action for federal and state constitutional violations, and claims under California law, against defendants CITY and DYER, as well as the individual defendant officers.

Defendants' motion for summary judgment, or alternatively, summary adjudication, addresses the claims against defendants CITY and DYER only. Because of the complexity of the motion, and to allow defendants to adequately address plaintiff's allegations, defendants anticipate that the points and authorities in support of the motion will be approximately 35 pages in length.

Accordingly, defendants respectfully request that the Court grant this Application and permit defendants to file points and authorities in support of said motion in excess of twenty-five pages in length.

DATED: July 27, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:     /s/   James J. Arendt
James J. Arendt
Michael R. Linden
Attorney for Defendants

**IT IS SO ORDERED**

The brief shall not exceed 35 pages.

DATED: July _28_, 2006

_/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Judge

___

Defendants' Application to Exceed Page Limitation          2