James J. Arendt, Esq.      Bar No. 142937
Michael R. Linden, Esq.    Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER SAMMY ASHWORTH, OFFICER BRIAN PHILLIPS, OFFICER MARCUS TAFOYA AND OFFICER ART RODRIGUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>　　　　Defendants. | CASE NO. CIV-F-04-6371 OWW SMS<br><br>Trial:  October 24, 2006 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to defendants SAMMY ASHWORTH and BRIAN PHILLIPS, all parties to bear their own costs and

///

///

---

Stipulated Dismissal and Order

attorney's fees.

Respectfully submitted,

DATED: July 25, 2006

           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
James J. Arendt
Attorneys of Defendants, City of Fresno, et al.

DATED: June 25, 2006

           LAW OFFICE OF JACOB M. WEISBERG

By:    /s/   Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzalez

### **ORDER**

IT IS SO ORDERED.

Dated:   **July 29, 2006**     /s/ **Oliver W. Wanger**
emm0d6UNITED STATES DISTRICT JUDGE