James J. Arendt, Esq.  Bar No. 142937
Michael R. Linden, Esq.  Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, JERRY DYER, MICHAEL MANFREDI, SEAN PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA AND ART RODRIGUEZ

FILED
AUG - 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>Defendants. | CASE NO. CIV-F-04-6371 OWW SMS<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER ALLOWING CONFIDENTIAL DOCUMENTS TO BE FILED UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES**<br><br>Trial Date:   October 24, 2006 |

Defendants CITY OF FRESNO, et al. ("defendants"), respectfully submit the following Ex Parte Application for Order allowing confidential documents to be filed under seal pursuant to Defendants' motion for summary judgment, or alternatively, summary adjudication.

The instant Application is being brought on the basis that certain documents subject to the federal official information privilege, sought to be filed in support of the aforementioned motion, are subject to a Protective Order. *Declaration of James J. Arendt in Support of Defendants' Ex*

---

1 | *Parte Application for Order Allowing Confidential Documents to Be Filed Under Seal in Support*
2 | *of Motion for Summary Judgment, or Alternatively, Summary Adjudication of Issues (Arendt*
3 | *Decl."),* para. 2; also see Exhibit "A" to *Arendt Decl.*). Pursuant to said Protective Order, the
4 | documents sought to be filed by defendants are confidential, and as such defendants respectfully
5 | request that the Court issue an Order allowing said documents to be filed under seal.
6 | The documents requested to be filed under seal are attached as Exhibit "B" to the
7 | *Declaration of James J. Arendt.*

DATED: July 27, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:  /s/ James J. Arendt
James J. Arendt
Michael R. Linden
Attorney for Defendants

**IT IS SO ORDERED**

DATED: July 28, 2006

_____
The Honorable Oliver W. Wanger
United States District Judge