Jacob M. Weisberg, SBN 049065
THE LAW OFFICES OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorneys for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 1:04-cv-06371 OWW SMS<br><br>STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL to continue the following discovery deadlines:

| | Current Date | New Date |
|---|---|---|
| Designation of Expert Witnesses: | August 4, 2006 | August 16, 2006 |
| Supplemental Expert Disclosure: | August 18, 2006 | August 30, 2006 |

All other dates in the current Scheduling Conference Order are to remain the same.

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 26, 2006        LAW OFFICE OF JACOB M. WEISBERG

          /s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiff,
ORLANDO JAVIER GONZALEZ


Dated:  July 26, 2006        WEAKLEY, RATLIFF,
                              ARENDT & McGUIRE, LLP


By:    /s/ James J. Arendt
James J. Arendt, Attorneys for
CITY OF FRESNO, SGT. MICHAEL
MANFREDI, OFFICERS SEAN T. PLYMALE,
MARCUS TAFOYA, ART R. RODRIGUEZ, and
JERRY DYER


## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED


Dated:  8/8/2006            /s/ Sandra M. Snyder
                                       SANDRA M. SNYDER,
                                       U.S. MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com