1  Jacob M. Weisberg, SBN 049065
2  LAW OFFICE OF JACOB M. WEISBERG
   844 N. Van Ness Avenue
3  Fresno, CA  93728
   Telephone: (559) 441-0201
4  Facsimile: (559) 442-3164

5  Attorney for Plaintiff: ORLANDO JAVIER GONZALEZ

9              UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE; MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 – 75, Inclusive,<br><br>Defendants. | CASE NO.: CIV-F-04-6371 OWW SMS<br><br>PLAINTIFF'S PROPOSED ORDER RE EXPARTE APPLICATION TO CONTINUE SUMMARY JUDGMENT/SUMMARY ADJUDICATION UNDER FRCP 56(F)<br><br>Hearing Date: August 28, 2006<br>Hearing Time: 10:00 a.m.<br>Dept. No.:     3<br><br>Honorable Oliver W. Wanger, U.S. District Judge<br><br>Trial Date:   October 24, 2006 |

GOOD CAUSE APPEARING, the Court orders that the hearing on the Defendants' Motion for Summary Judgment/Summary Adjudication currently set for August 28, 2006 at 10:00 a.m. be continued to September 25, 2006 at 10:00 a.m.

Dated: August __10__, 2006

_____
OLIVER W. WANGER
U.S. DISTRICT JUDGE

-1-

Proposed order to Continue SJM 8-4-06.doc