Jacob M. Weisberg, SBN 049065
LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiff:  ORLANDO JAVIER GONZALEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE; MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 – 75, Inclusive,<br><br>Defendants. | CASE NO.:  CIV-F-04-6371 OWW SMS<br><br>PLAINTIFF'S ORDER RE EXPARTE APPLICATION TO CONTINUE  SUMMARY JUDGMENT/SUMMARY ADJUDICATION UNDER FRCP 56(F)<br><br>Hearing Date:   August 28, 2006<br>Hearing Time:  10:00 a.m.<br>Dept. No.:           3<br><br>Honorable Oliver W. Wanger, U.S. District Judge<br><br>Trial Date:     October 24, 2006 |

GOOD CAUSE APPEARING, the Court orders that the hearing on the Defendants' Motion for Summary Judgment/Summary Adjudication currently set for August 28, 2006 at 10:00 a.m. be continued to September 25, 2006 at 10:00 a.m.  Plaintiff is to file his Opposition to Defendants' Motion for Summary Judgment/Summary Adjudication on or before September 12, 2006.

Dated: August   15, 2006              /s/ OLIVER W. WANGER

                                                                      _____
                                                                      OLIVER W. WANGER
                                                                      U.S. DISTRICT JUDGE

-1-

04cv6371.order.doc

PDF created with pdfFactory trial version www.pdffactory.com