1  James J. Arendt, Esq.           Bar No. 142937
   Michael R. Linden, Esq.         Bar No. 192485
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT
   MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER MARCUS TAFOYA AND
8  OFFICER ART RODRIGUEZ

9
                        UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA, FRESNO
11

12 ORLANDO JAVIER GONZALEZ,          )  CASE NO. CIV-F-04-6371 OWW SMS
                                     )
13          Plaintiff,               )
                                     )  **STIPULATION AND ORDER**
14                                   )
       vs.                           )
15                                   )
   CITY OF FRESNO, FRESNO CITY       )
16 POLICE DEPARTMENT; SGT. MICHAEL   )
   MANFREDI; OFFICERS SEAN T.        )
17 PLYMALE, SAMMY ASHWORTH,          )
   BRIAN PHILLIPS, MARCUS TAFOYA,    )
18 ART R. RODRIGUEZ; JERRY DYER,     )
   Chief of the Fresno Police Department, in )
19 Their Individual and Official Capacities; and )
   DOES 1-75, Inclusive,             )
20                                   )  Trial:   August 1, 2006
                                     )
21          Defendants.               )
   _____   )
22

23     THE PARTIES, through their respective counsel, have stipulated to extend the following

24 deadlines:

25                                      **Current Date**        **New Date**

26 Last day to file reply to opposition    September 18, 2006    September 19, 2006
   to motion for summary judgment
27

28

---
Stipulated Order

1 | Respectfully submitted,

3 | DATED: September 11, 2006

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:     /s/   James J. Arendt
James J. Arendt
Attorneys of Defendants, City of Fresno, et al.

DATED: September 11, 2006

LAW OFFICE OF JACOB M. WEISBERG

By:     /s/   Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzalez

**ORDER**
IT IS SO ORDERED.

**Dated:    September 12, 2006        /s/ Oliver W. Wanger**
emm0d6UNITED STATES DISTRICT JUDGE

Stipulated Order                                2