1  James J. Arendt, Esq.        Bar No. 142937
   Michael R. Linden, Esq.      Bar No. 192485
2
3  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
5
6  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT
   MICHAEL MANFREDI, OFFICER SEAN PLYMALE, OFFICER MARCUS TAFOYA AND
8  OFFICER ART RODRIGUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ, | CASE NO. CIV-F-04-6371 OWW SMS |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL AND ORDER** |
| CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive, | Trial:   October 24, 2006 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to defendants MARCUS TAFOYA and ART RODRIGUEZ, all parties to bear their own costs and

///

///

Stipulated Dismissal and Order

attorney's fees.

Respectfully submitted,

DATED: September 15, 2006

                              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                    By:     /s/   James J. Arendt
                           James J. Arendt
                           Attorneys of Defendants, City of Fresno, et al.

DATED: September 15, 2006

                              LAW OFFICE OF JACOB M. WEISBERG

                    By:     /s/   Jacob M. Weisberg
                           Jacob M. Weisberg
                           Attorney for Plaintiff Orlando Gonzalez

## **ORDER**

IT IS SO ORDERED.

**Dated:   September 22, 2006**               /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE