James J. Arendt, Esq.         Bar No. 142937
Michael R. Linden, Esq.       Bar No. 192485

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, and OFFICER SEAN PLYMALE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1-75, Inclusive,<br><br>  Defendants. | CASE NO. 1:04-cv-06371 OWW SMS<br><br>**STIPULATION AND ORDER RE PRODUCTION OF DOCUMENTS PERTAINING TO COURT ORDER OF 9-21-07 [DOC. 81]**<br><br>Trial:   TBA |

WHEREAS, on September 21, 2007 this court issued a Discovery Order [docket no. 81] ordering the defendants to produce certain documents by October 5, 2007.

WHEREAS, on October 1, 2007 the parties signed and timely submitted to the court a Stipulated Protective Order re Internal Affairs Files Maintained by the Fresno Police Department [docket no. 82] relating to the September 21, 2007 Discovery Order.

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record, that the documents ordered to be produced in the September 21, 2007 order will

---

Stip and Order re Production of Documents Pertaining to Court Order of 9-21-07 [DOC. 81]

1 | be produced within five (5) days after the Stipulated Protective Order re Internal Affairs Files
2 | Maintained by the Fresno Police Department is signed by this court.
3 |
4 | DATED: October 10, 2007
  |                                         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
5 |
6 |                              By:    /s/ James D. Weakley
  |                                     James D. Weakley
7 |                                     Attorneys of Defendants, CITY OF FRESNO,
  |                                     CHIEF JERRY DYER,
8 |                                     SERGEANT MICHAEL MANFREDI, and
  |                                     OFFICER SEAN PLYMALE
9 |
10 | DATED: October 10, 2007
   |                                        LAW OFFICE OF JACOB M. WEISBERG
11 |
12 |                                      /s/ Jacob M. Weisberg
   |                                      Jacob M. Weisberg
13 |                                      Attorney for Plaintiff, ORLANDO JAVIER GONZALEZ
14 |
15 | IT IS SO ORDERED.
   | **Dated:   October 11, 2007**                **/s/ Sandra M. Snyder**
16 |                                         UNITED STATES MAGISTRATE JUDGE

---

Stip and Order re Production of Documents Pertaining to Court Order of 9-21-07 [DOC. 81]

2