Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: CIV-F-04-6371 OWW SMS<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER<br><br>Current Date:  December 7, 2007<br>New Date:　　 February 15, 2008 |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO by and through their respective counsel that the Scheduling Conference currently scheduled for December 7, 2007, at 8:30 a.m., in Courtroom 3, before Judge Oliver W. Wanger, be continued to February 15, 2008, at 8:15 a.m., in Courtroom 3, before Judge Oliver W. Wanger, the date set for Scheduling Conference in the related case of <u>Orlando Javier Gonzalez vs. City of Fresno</u>, et al. Case No. 1:07-cv-1623 OWW SMS.

　　　　The parties enter into this Stipulation in that it appears that some dates in both matters need to be coordinated.

-1-

Dated:  November 28, 2007        LAW OFFICES OF JACOB M. WEISBERG

                                 By: /s/ Jacob M. Weisberg
                                     Jacob M. Weisberg, Attorneys for Plaintiff,
                                     ORLANDO JAVIER GONZALEZ


Dated:  November 28, 2007        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                 By: /s/ James D. Weakley
                                     James D. Weakley, Attorneys for Defendant,
                                     CITY OF FRESNO, FRESNO CITY POLICE
                                     DEPARTMENT


**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.


Dated: _11/29/2007_____        _/s/ Oliver W. Wanger_____
                                  OLIVER W. WANGER
                                  U.S. DISTRICT JUDGE