1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA 93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
   Attorney for Plaintiff: ORLANDO JAVIER GONZALEZ

**FILED**

JAN 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ; JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>          Defendants. | CASE NO.: CIV-F-04-6371 OWW SMS<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER<br><br>Current Date: February 15, 2008<br>New Date:     April 9, 2008 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO by and through their respective counsel that the Scheduling Conference on the above case and the related case of <u>Orlando Javier Gonzalez vs. City of Fresno</u>, et al., Case No. 1:07-cv-1623 OWW SMS, currently scheduled for February 15, 2008, at 8:30 a.m., in Courtroom 3, before Judge Oliver W. Wanger, be continued to April 9, 2008, at 8:15 a.m., in Courtroom 3, before Judge Oliver W. Wanger, the date set for Scheduling Conference in the related case .

-1-

Stipulation to Continue Scheduling Conference 1-22-08.doc

Plaintiff's counsel will be out of the country during the period when the scheduling conference was scheduled.

*The parties shall complete their initial disclosures per Fed.R.Civ.P. 26(a) and commence discovery.* /OWW/

Dated: January 22, 2008        LAW OFFICES OF JACOB M. WEISBERG

By: /s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorneys for Plaintiff,
ORLANDO JAVIER GONZALEZ

Dated: January 22, 2008        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ James D. Weakley
James D. Weakley, Attorneys for Defendant,
CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 1-23-08

OLIVER W. WANGER
U.S. DISTRICT JUDGE

-2-
Stipulation to Continue Scheduling Conference 1-22-08.doc