James J. Arendt, Esq.        Bar No. 142937
Michael R. Linden, Esq.      Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, and OFFICER SEAN PLYMALE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ, JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive,<br><br>Defendants. | CASE NO. 1:04-cv-06371 OWW SMS<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND EXPERT WITNESS DESIGNATION** |

The parties hereby stipulate to extend the non-expert discovery cutoff date from February 27, 2009, to June 1, 2009.  The parties further stipulate to extend expert witness designation from March 2, 2009, to April 24, 2009.  Supplemental disclosure of experts shall be extended from May 1, 2009 to May 15, 2009.

DATED: February 27, 2009

                        WEAKLEY, ARENDT & McGUIRE, LLP


             By:   /s/ James J. Arendt
                     James J. Arendt
                     Attorneys for Defendants

DATED: February 27, 2009

THE LAW OFFICE OF JACOB M. WEISBERG

By: /s/ Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   March 4, 2009**          /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER
TO EXTEND DISCOVERY AND EXPERT DESIGNATION

2