James J. Arendt, Esq.       Bar No. 142937
Michael R. Linden, Esq.     Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
  1630 East Shaw Avenue, Suite 176
    Fresno, California  93710
    Telephone:  (559) 221-5256
    Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO,  CHIEF JERRY DYER, SERGEANT
MICHAEL MANFREDI, and OFFICER SEAN PLYMALE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ, | CASE NO. 1:04-cv-06371 OWW SMS |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |
| CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ, JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive, | |
| Defendants. | |

The parties hereby stipulate to extend the non-expert and expert discovery cutoff date from June 1, 2009 to July 31, 2009.


DATED: May 20, 2009

                    WEAKLEY, ARENDT & McGUIRE, LLP


                    By:    /s/ James J. Arendt
                           James J. Arendt
                           Attorneys for Defendants

DATED: May 20, 2009

THE LAW OFFICE OF JACOB M. WEISBERG

By:     /s/ Jacob M. Weisberg
        Jacob M. Weisberg
        Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:     May 27, 2009**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE