Jacob M. Weisberg, SBN 049065
THE LAW OFFICES OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorneys for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, JERRY DYER, Chief of the Fresno Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.: CIV-F-04-6371 OWW SMS<br><br>STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO by and through their respective counsel that the Motion for Summary Judgment on the above case currently scheduled for July 13, 2009, at 10:00 a.m., in Courtroom 3, before Judge Oliver W. Wanger, be continued to August 24, 2009 at  10:00 a.m., in Courtroom 3, before Judge Oliver W. Wanger.

　　　　The parties are engaged in active settlement negotiations.  A Settlement Conference was held before Judge Snyder on June 17, 2009.  The matter was not resolved at that time but the parties have rescheduled a new Settlement Conference before Judge Snyder for July 2, 2009.  The parties wish to

04cv6371.stip.cont.doc

-1-

avoid any additional expenditure of time and resources in the preparation of pleadings in the Summary Judgment proceeding until after the pending Settlement Conference.

Dated: June 24, 2009  LAW OFFICE OF JACOB M. WEISBERG

　　　/s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiff,
ORLANDO JAVIER GONZALEZ

Dated:  June 24, 2009  WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James J. Arendt
James J. Arendt, Attorneys for Defendants
CITY OF FRESNO, SGT. MICHAEL MANFREDI,
OFFICERS SEAN T. PLYMALE and JERRY DYER

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: 6/25/2009  /s/ OLIVER W. WANGER
OLIVER W. WANGER,
U.S. DISTRICT JUDGE