James J. Arendt, Esq.      Bar No. 142937
Michael R. Linden, Esq.    Bar No. 192485

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, SERGEANT MICHAEL MANFREDI, and OFFICER SEAN PLYMALE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>　　　　Plaintiff<br><br>vs.<br><br>CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT; SGT. MICHAEL MANFREDI; OFFICERS SEAN T. PLYMALE, SAMMY ASHWORTH, BRIAN PHILLIPS, MARCUS TAFOYA, ART R. RODRIGUEZ, JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive,<br><br>　　　　Defendants. | CASE NO. 1:04-cv-06371 OWW SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to

///
///
///
///
///
///

---

Stipulated Dismissal and Order

all defendants, all parties to bear their own costs and attorney's fees.

                                              Respectfully submitted,

DATED: August 5, 2009

                                              WEAKLEY, ARENDT & McGUIRE, LLP

                                  By:     /s/   James J. Arendt
                                        James J. Arendt
                                        Attorneys of Defendants, City of Fresno, et al.

DATED: August 5, 2009

                                              LAW OFFICE OF JACOB M. WEISBERG

                                  By:     /s/   Jacob M. Weisberg
                                        Jacob M. Weisberg
                                        Attorney for Plaintiff Orlando Gonzalez

                                                  **ORDER**

IT IS SO ORDERED.

**Dated:   August 7, 2009**                           **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE